UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DENISE ANN ROUSSIN,

    Plaintiff,

v.   Case No.:  2:23-cv-1089-KCD

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

# ORDER

Before the Court is the Commissioner's Unopposed Motion for Entry of Judgment With Remand. (Doc. 18.) The Commissioner believes that remand is appropriate to instruct the Administrative Law Judge to: (1) further evaluate the prior administrative findings; (2) offer Plaintiff the opportunity for a hearing; (3) take any further action needed to complete the administrative record; and (4) issue a new decision. (*Id*. at 1.) Plaintiff consents to the relief requested.

Under 42 U.S.C. § 405(g), the Court has the power to enter judgment, reversing and remanding a social security case for rehearing. *See Shalala v. Schaefer*, 509 U.S. 292, 296-98 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 101-02 (1991). The Commissioner's request for remand is appropriate, and given Plaintiff's consent, it will be granted.

Accordingly, it is now **ORDERED**:

1. The Commissioner's Unopposed Motion for Entry of Judgment With Remand (Doc. 18) is **GRANTED**.

2. The Commissioner's decision denying benefits is **REVERSED** and this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

3. The Clerk is **DIRECTED** to enter judgment, terminate all deadlines, deny all pending motions as moot, and close the file.

**ORDERED** in Fort Myers, Florida on April 2, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record