UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DENISE ANN ROUSSIN,

    Plaintiff,

v.                                Case No.:   2:23-cv-1089-KCD

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **ORDER**

Having obtained an award of benefits, Denise Ann Roussin's attorney, Carol Avard, seeks attorney's fees under 42 U.S.C. § 406(b). (Doc. 23.) Defendant has not opposed the request.

Section 406(b) provides that an attorney who obtains a benefits award on remand may petition for a reasonable fee—not to exceed twenty-five percent of the claimant's past-due benefits—for work performed before the court.

Here, Avard requests $45,221.93, which is 25 percent of past-due benefits. (Doc. 23 at 1-2.) Avard further asserts that the previous EAJA award of $16,641.07 will be returned to Plaintiff. (Doc. 23 at 2-3); *see Paltan v. Comm'r of Soc. Sec.*, 519 F. App'x 673, 674 (11th Cir. 2013) (noting that the attorney has the option of either refunding a prior EAJA award to the plaintiff directly or reducing the § 406(b) award by the same amount). For the reasons stated in

Roussin's motion, the requested fee is both reasonable and appropriate under § 406(b).

Accordingly, the fee motion (Doc. 23) is **GRANTED**. The clerk will enter judgment for Roussin for $45,221.93 in attorney's fees under 42 U.S.C. § 406(b).

**ORDERED** in Fort Myers, Florida on December 30, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record